HON. JOHN H. CHUN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON.COM SERVICES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>LIGHTGUIDE, INC.,<br><br>Defendant. | Case No. 2:23-cv-00053-JHC<br><br>**ORDER GRANTING AMAZON.COM, INC. AND AMAZON.COM SERVICES LLC'S MOTION TO SEAL PORTIONS OF EXHIBIT 1 TO THE DECLARATION OF CHRISTINA V. RAYBURN ISO AMAZON'S OPPOSITION TO LIGHTGUIDE'S MOTION TO DISMSS** |

This matter came before the Court on Plaintiffs' Motion to Seal Portions of Exhibit 1 to the Declaration of Christina V. Rayburn ISO Amazon's Opposition to LightGuide's Motion to Dismiss (the "Motion to Seal"). *See* Dkt. # 24. Defendant LightGuide, Inc. ("Defendant") does not object to the sealing of Exhibit B to Exhibit 1. Defendant requested that Plaintiffs redact Exhibit A to Exhibit 1. Having considered Plaintiffs' Motion to Seal and all papers filed in support thereof and being fully advised in the matter, it is hereby:

ORDERED that the Motion to Seal is GRANTED with respect to Exhibit B to Exhibit 1 and provisionally GRANTED with respect to Exhibit A, and the Clerk is ordered to file the non-redacted version of Exhibit 1 to the Declaration of Christina V. Rayburn ISO Amazon's Opposition to LightGuide's Motion to Dismiss under seal.

1   IT IS HEREBY SO ORDERED this 30th day of June, 2023.

*[signature]*

Judge John H. Chun
United States District Judge